FLEURETTE B. CAVANNA et al., complainants,

*v.*

CARRIE F. BROOKS, defendant.

[Determined June 18th, 1924.]

On bill for specific performance.   On final hearing.

*Mr. William Elmer Brown, Jr.,* for the complainants.

*Mr. John C. Reed,* for the defendant.

INGERSOLL, V. C.

A decree will be advised in accordance with the prayer of the bill.

Should it become advisable to file a more extended memorandum, it will be done upon the presentation of a transcript of the testimony.